| UNITED STATES DISTRICT COURT | DISTRICT OF MINNESOTA |
|---|---|

Paul Kirk

                     Plaintiff,

v.

Syngenta Crop Protection, LLC, et al.
                     Defendant,

Court File Number
0:21-cv-01066

**AFFIDAVIT OF SERVICE**

State of Delaware  }
County of New Castle } SS

I, Denorris Brit, state that on Friday, April 30, 2021 at 2:45 PM I served the Summons &

Complaint upon Chevron Phillips Chemical Company LP, therein named, personally at Corporation

Trust Company, 1209 Orange Street, Wilmington, DE 19801, by handing to and leaving with Amy

McLaren, Service of Process Specialist at Corporation Trust Company, the Registered Agent for

Chevron Phillips Chemical Company LP, expressly authorized to accept service of process for

same, a true and correct copy thereof.

I declare under penalty of perjury that this information is true.

Dated: ___5 / 3___ /2021                   _____

                                         Denorris Brit

* Service was completed by an independent contractor retained by Metro Legal Services, Inc.



Serial # GUSGL 252500 1820

Re: 6146-001 (Kirk)



legal support specialists since 1969

330 2nd Avenue South, Suite 150
Minneapolis, MN 55401
(800) 488-8994
www.metrolegal.com

| UNITED STATES DISTRICT COURT | DISTRICT OF MINNESOTA |
|---|---|

Paul Kirk

        Plaintiff,

v.

Syngenta Crop Protection, LLC, et al.

        Defendant,

Court File Number
0:21-cv-01066

**AFFIDAVIT OF SERVICE**

State of Delaware  } SS
County of New Castle }

I, Denorris Brit, state that on Friday, April 30, 2021 at 2:45 PM I served the Summons &

Complaint upon Syngenta Crop Protection, LLC, therein named, personally at Corporation Trust

Company, 1209 Orange Street, Wilmington, DE 19801, by handing to and leaving with Amy McLaren,

Service of Process Specialist at Corporation Trust Company, the Registered Agent for Syngenta

Crop Protection, LLC, expressly authorized to accept service of process for same, a true and

correct copy thereof.

I declare under penalty of perjury that this information is true.

Dated: ____5 / 3____ /2021      _____
                              Denorris Brit

---

\* Service was completed by an independent contractor retained by Metro Legal Services, Inc.



Serial # GUSGL 252501 1821

Re: 6146-001 (Kirk)



legal support specialists since 1969

330 2nd Avenue South, Suite 150
Minneapolis, MN 55401
(800) 488-8994
www.metrolegal.com

| UNITED STATES DISTRICT COURT | DISTRICT OF MINNESOTA |
|---|---|

Paul Kirk

                  Plaintiff,

v.

Syngenta Crop Protection, LLC, et al.

                  Defendant,

Court File Number
0:21-cv-01066

**AFFIDAVIT OF SERVICE**

State of Delaware   } SS
County of New Castle }

I, Denorris Brit, state that on Friday, April 30, 2021 at 2:45 PM I served the Summons &
Complaint upon Syngenta AG, therein named, personally at Corporation Trust Company, 1209
Orange Street, Wilmington, DE 19801, by handing to and leaving with Amy McLaren, Service of
Process Specialist at Corporation Trust Company, the Registered Agent for Syngenta AG,
expressly authorized to accept service of process for same, a true and correct copy thereof.

I declare under penalty of perjury that this information is true.

Dated: _5_ / _3_ /2021          _____
                                  Denorris Brit



Serial # GUSGL 252502 1822

Re: 6146-001 (Kirk)



330 2nd Avenue South, Suite 150
Minneapolis, MN 55401
(800) 488-8994
www.metrolegal.com

-1-

**UNITED STATES DISTRICT COURT**                                    **DISTRICT OF MINNESOTA**

Paul Kirk                                                          Court File Number
                        Plaintiff,                                   0:21-cv-01066

v.                                                                 **AFFIDAVIT OF SERVICE**

Syngenta Crop Protection, LLC, et al.
                        Defendant,

State of Delaware    } SS
County of New Castle }

I, Denorris Brit, state that on Friday, April 30, 2021 at 2:45 PM I served the Summons &

Complaint upon Syngenta Seeds, LLC, therein named, personally at Corporation Trust Company,

1209 Orange Street, Wilmington, DE 19801, by handing to and leaving with Amy McLaren, Service

of Process Specialist at Corporation Trust Company, the Registered Agent for Syngenta Seeds,

LLC, expressly authorized to accept service of process for same, a true and correct copy

thereof.

I declare under penalty of perjury that this information is true.

Dated: __5_/__3_/2021        _____
                                          Denorris Brit

---

\* Service was completed by an independent contractor retained by Metro Legal Services, Inc.



Serial # GUSGL 252503 1823

Re: 6146-001 (Kirk)



legal support specialists since 1969

330 2nd Avenue South, Suite 150
Minneapolis, MN 55401
(800) 488-8994
www.metrolegal.com

-1-

UNITED STATES DISTRICT COURT                                              DISTRICT OF MINNESOTA

Paul Kirk                                                              Court File Number
                        Plaintiff,                                     0:21-cv-01066

v.
                                                                       **AFFIDAVIT OF SERVICE**
Syngenta Crop Protection, LLC, et al.
                        Defendant,

State of Pennsylvania } SS
County of Cumberland }

I, Michelle Guyton, state that on
                (Name of Server)

5 / 3 /2021 at 11:43 A M, I served the:
(Date of Service)      (Time of Service)

        Summons & Complaint

upon: Chevron U.S.A., Inc.

therein named, personally at:   Corporation Service Company
                                2595 Interstate Drive, Suite 103
                                Harrisburg, PA 17110

by handing to and leaving with:

    Dave Bulakowski                                    - Service of Process Specialist
    (Name of the Person with whom the documents were left)

at Corporation Service Company, the Registered Agent for Chevron U.S.A., Inc., expressly
authorized to accept service of process for same, a true and correct copy thereof.


I declare under penalty of perjury that this information is true.

                        Dated: 5 / 5 /2021        _____
                                                   (Signature of Server)

                                                   Michelle Guyton
                                                   (Printed Name of Server)


* Service was completed by an independent contractor retained by Metro Legal Services, Inc.



Serial # GUSGL 252504 1824

Re: 6146-001 (Kirk)

METRO LEGAL
legal support specialists since 1969

330 2nd Avenue South, Suite 150
Minneapolis, MN 55401
(800) 488-8994
www.metrolegal.com